UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6139 CR-FERGUSON**
8 USC §1326(a)
18 USC § 1543

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) |
| CHRISTEEN CAMPBELL, | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

### CHRISTEEN CAMPBELL,

an alien, having previously been ordered removed from the United States to Jamaica on or about November 30, 1998, did knowingly and unlawfully attempt to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, United States Code, Section 1326(a).



## COUNT II

On or about May 12, 2000, at Broward County, in the Southern District of Florida, the defendant,

### CHRISTEEN CAMPBELL,

did willfully and knowingly use and attempt to use an altered Jamaican passport, that is a passport bearing the name Adrene Reece, but containing a photograph of the defendant, in that the defendant presented the passport to an Inspector of the United States Immigration and Naturalization Service at the Fort Lauderdale/Hollywood International Airport, to gain entry into the United States; in violation of Title 18, United States Code, Section 1543.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
ROBERT N. NICHOLSON
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**         **CASE NO.** _____

v.                                   **CERTIFICATE OF TRIAL ATTORNEY\***

CHRISTEEN CAMPBELL                   **Superseding Case Information**:

**Court Division**: (Select One)     New Defendant(s)    Yes ____  No ____
                                     Number of New Defendants  ____
___  Miami  ___  Key West            Total number of counts    ____
_X_  FTL    ___  WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) _NO_
   List language and/or dialect  _English_

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                        (Check only one)

   I    0 to 5 days       _X_      Petty      ____
   II   6 to 10 days      ____     Minor      ____
   III  11 to 20 days     ____     Misdem.    ____
   IV   21 to 60 days     ____     Felony     _X_
   V    61 days and over  ____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _5/12/00_ (Administrative INS Custody)
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

                                     _____
                                     ROBERT N. NICHOLSON
                                     ASSISTANT UNITED STATES ATTORNEY
                                     Court Bar No. 0993996

\*Penalty Sheet(s) attached                                     REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __CHRISTEEN CAMPBELL__          No.: _____

Count #I:
Did Knowingly and unlawfully attempt to enter the United States without the Attorney General having expressly consented to such alien's reapplying for admission to the United States; in violation of Title 8, U.S.C. 1326(a).

*Max Penalty:   Two (2) years imprisonment; and a $250,000 fine.

Count #:2
Did knowingly use and attempt to use an altered Jamaican passport to gain entry into the United States; in violation of Title 18, U.S.C., Section 1543

*Max Penalty:   Ten (10) years imprisonment; and a $250,000. fine.

Count #: 

*Max Penalty: 

Count #: 

*Max Penalty: 

Count # : 

*Max Penalty: 

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96