# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

CHRISTEEN CAMPBELL

**WARRANT FOR ARREST**

CASE NUMBER: **00-6139**

**CR - FERGUSON**

MAGISTRATE JUDGE SNOW

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  CHRISTEEN CAMPBELL

MAGISTRATE JUDGE SNOW

Name

FILED

MAY 2000

CLARENCE MADDOX
S.D. OF FLA. U.S. MAG. JUDGE
FT. LAUD.

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)  ILLEGAL RE-ENTRY AFTER DEPORTATION, USE OF ALTERED PASSPORT,

in violation of Title 8 United States Code, Section(s) 1326(a) and 18 USC §1543

CLARENCE MADDOX
Name of Issuing Officer

*Denny Butler*
Signature of Issuing Officer

Bail fixed at $Pre-trial detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

5/23/2000 Fort Lauderdale, Florida
Date and Location

*Lurana S. Snow*
by LURANA SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____ CHRISTEEN CAMPBELL _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ Black _____ EYES: _____ Brown _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____
_____
_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____
_____
_____

INVESTIGATIVE AGENCY AND ADDRESS: __INS, 7880 Biscayne Blvd, Miami, Florida 33138_____
_____