AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Robert N. Nicholson   INS S/A Lear

478206

# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

00 MAY 26 PM 2: 43

UNITED STATES OF AMERICA

V.

CHRISTEEN CAMPBELL

CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**WARRANT FOR ARREST**

CASE NUMBER: **00-6139**

**CR-FERGUSON**

MAGISTRATE JUDGE SNOW

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ CHRISTEEN CAMPBELL

MAGISTRATE JUDGE SNOW

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)   ILLEGAL RE-ENTRY AFTER DEPORTATION AND USE OF ALTERED PASSPORT,

in violation of Title 8 United States Code, Section(s) 1326(a) and 18 USC §1543

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ Pre-trial detention requested

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

5/23/ 2000 Fort Lauderdale, Florida
Date and Location

by LURANA SNOW, U.S. Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft Lauderdale, FL |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/23/2000 | James A. Tassone, USM FOR: INS | Fred DePompa, SDUSM |
| DATE OF ARREST 5/26/2000 | | |