**COURT MINUTES**

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

```
DEFT: CHRISTEEN CAMPBELL (INS)    CASE NO: 00-6139-CR-FERGUSON
AUSA: ROBERT NICHOLSON  (pres)    ATTY: Farnsworth
AGENT:                            VIOL:
PROCEEDING I/A ON INDICTMENT      RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no  stip  COUNSEL APPOINTED  FPD
      BOND SET @ 250,000  CSB w/Nebbia
      SPECIAL CONDITIONS:
1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;    x's a wk/month in person
3) Travel extended to:
```

FILED by D.C. MAY 26 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. - FT. LAUD.

Advised of charges - sworn for appt mt
of Counsel

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Parties reserve right to PTD hrg should deft
seek to post or reduce bond

```
NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN:
                         REMOVAL HRG:
                         STATUS CONF:  June 12   11   B55
                         FTL/LSS
Date: 5-26-00   Time 11:00  TAPE #00- 027   Begin: 3/3  End: 493
```