UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal #_____

UNITED STATES OF AMERICA          )
                    Plaintiff     )   Case Number: CR OO-6139-Ferguson
                                  )   REPORT COMMENCING CRIMINAL
    -vs-                          )            ACTION
                                  )
Christeen Campbell                )
            Defendant

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court          (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed.  Information not applicable or
unknown will be indicated "N/A".

(1)  Date and Time of Arrest: 5/26/00                    am/pm

(2)  Language Spoken: English

(3)  Offense (s) Charged: Reentry after Deportation
                          Fraud + False use of Passport

(4)  U.S. Citizen  [ ] Yes  [X] No   [ ] Unknown

(5)  Date of Birth: 02/17/76

(6)  Type of Charging Document: (check one)
     [X] Indictment  [ ] Complaint  To be filed/Already filed)
     Case# OOCR 6139  Ferguson

     [ ] Bench Warrant for Failure to Appear
     [ ] Probation Violation Warrant
     [ ] Parole Violation Warrant

     Originating District: S/D FL.

     COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $ None. INS Detain.
Who set Bond: _____

(7)  Remarks: _____

(8)  Date: 5/26/00     (9) Arresting Officer: LEAR

(10) Agency: INS          (11) Phone: 954-356-7190

(12) Comments: _____