UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6139-CR-FERGUSON

UNITED STATES OF AMERICA

vs

CHRISTEEN CAMPBELL

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on MAY 26, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                      Telephone:_____

DEFENSE COUNSEL:      Name:____FEDERAL PUBLIC DEFENDER_____

                      Address:_____

                      Telephone:_____

BOND SET:             $____250,000 CSB w/NEBBIA_____

Bond hearing held: yes_____ no_X_ Bond hearing set for_____

Dated this__26TH___day of __MAY_____,2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
    Deputy Clerk

Tape No.___/ 00-26_____

cc: Copy for Judge
    U. S. Attorney