SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



JUL 7 2000

CASE # __OO-6139-CR__

DEFENDANT __Christeen Campbell__   JUDGE __WILKIE D. FERGUSON__

Deputy Clerk __Valerie Thompkins__   DATE __7-7-2000__

Court Reporter __Paul Haferling__   USPO _____

AUSA __Robert Nicholson__   Deft's Counsel __Timothy Day__

COUNTS DISMISSED __All Others__
_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

_____ Sentencing cont'd until __/ /__ at _____ AM / PM

### JUDGMENT AND SENTENCE

Imprisonment   Years   Months __2__   Counts __I__

Supervised Release __One year.__

Probation   Years   Months   Counts

__Right to appeal. Court advises defendant of her right to appeal.__

Assessment $ __100.00/kx__       Fine $ __0__

Restitution /Other _____

### CUSTODY

__✓__ Remanded to the Custody of the U. S. Marshal Service   _____ Release on bond pending appeal

_____ Voluntary Surrender to (designated institution or U. S. Marshal Service) on __/ /__

Commitment Recommendation: _____

p
/5